1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RUSSELL ROBINSON,

11            Petitioner,                    No. CIV S-08-2611 KJM P

12      vs.

13   RICHARD B. IVES,

14            Respondent.            <u>ORDER</u>

15   _____/

16           Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus

17   under 28 U.S.C. § 2241.  On January 14, 2009, the court granted the petitioner's application to

18   proceed in forma pauperis and ordered the respondent to file a response to the petition within

19   thirty days.  Respondent filed a motion for additional time to file his response and, while the

20   motion was still pending, the petitioner served an amended answer.  The day after the petitioner

21   served his amended petition, the respondent submitted his answer to the original petition within

22   the requested extension of time.  The answer to the original petition will therefore be deemed

23   timely filed, and the motion for an extension of time will be denied as moot.

24           Pursuant to Federal Rule of Civil Procedure 15(a)(1), the petitioner filed his

25   amended petition as a matter of course.  Because petitioner may be entitled to relief if the

26   claimed violation of constitutional or statutory rights is proved, respondents will be directed to

                                             1

file a response to petitioner's amended petition. Because the government already has gathered

information on the case, and in light of the allegations in the amended petition, an expedited

response will be ordered as set forth below.

Accordingly, IT IS HEREBY ORDERED that:

1. The answer to the original petition (docket no. 9) is deemed timely filed;

2. The motion for extension of time (docket no. 8) is denied as moot;

3. Respondent is directed to file a response to petitioner's amended petition

within fifteen days from the date of this order. An answer shall be accompanied by all

transcripts and other documents relevant to the issues presented in the petition and not

previously provided;

4. If the response to the amended petition is an answer, petitioner's reply, if any,

shall be filed and served within fifteen days after service of the answer; and

5. If the response to the habeas petition is a motion, petitioner's opposition or

statement of non-opposition to the motion shall be filed and served within fifteen days after

service of the motion, and respondent's reply, if any, shall be filed and served within seven days

thereafter.

DATED: April 28, 2009.

_____

U.S. MAGISTRATE JUDGE

4
robi2611.amsched

2